**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-1897**

———————

PAMELA MARIA JONES,

                              Plaintiff - Appellant,

        versus

UNITED STATES OF AMERICA,

                              Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Joseph R. McCrorey, Magistrate Judge.  (CA-01-3586-5-26BC)

———————

Submitted:  January 19, 2005        Decided:  February 11, 2005

———————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Pamela Maria Jones, Appellant Pro Se.  John Douglas Barnett, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Pamela Maria Jones appeals the district court's orders awarding to Jones damages in the amount of $12,068.65, plus post-judgment interest to accrue according to law on her civil action filed under the Federal Tort Claims Act.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Jones v. United States, No. CA-01-3586-5-26BC (D.S.C. May 18, 20 & 28, 2004).  We deny Jones' motion to file an oversize brief to the extent Jones seeks to have this court consider evidence not first presented to the district court.  We further deny Jones' pending motions for general relief and to expedite her appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED